# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2014

### NO.  03-13-00807-CV

**Kent Schwartz, Appellant**

**v.**

**Brett Schniers, Appellee**

**APPEAL FROM COUNTY COURT AT LAW OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION --
OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgments signed by the trial court on August 30, 2013, and October 15, 2013.  Kent Schwartz has failed to make arrangements to provide the district clerk's record and, accordingly, has failed to prosecute his appeal.  The Court holds that the appeal is therefore subject to dismissal.  The Court dismisses the appeal for want of prosecution.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.